UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  CASE NO. 16-19485-AJC

GABRIEL MARTINEZ

    Debtor.
_____/

FIRST NATIONAL BANK OF OMAHA  ADV. NO. 16-01540-AJC

    Plaintiff,
v.

GABRIEL MARTINEZ

    Defendants.
_____/

### DEFENDANT'S' OBJECTION AND RESPONSE TO PLAINTIFF'S COMPLAINT SEEKING EXCEPTION TO DISCHARGE OF DEBT AND PRETRIAL/TRIAL

**COMES NOW** Defendant, Gabriel Martinez, PRO SE, hereby files this response to Defendant's' objection and response to Plaintiff's complaint seeking exception to discharge of debt and pretrial/trial in Bankruptcy Court, filed September 29, 2016 (the "Complaint").

#### PARTIES

1. Defendant filed a Petition and an Order for relief under Chapter 11 U.S.C. Chapter 7 on July 6, 2016.

2. The Plaintiff is a named creditor in the above referenced bankruptcy proceeding and is objecting to the discharge of a debt.

## Response

I, Debtor, Gabriel Martinez, was issued a credit card account by First National Bank of Omaha, number xxxx-xxxx-xxxx-7463, which account was opened on September 13, 2012. During the months of the Alleged charges to the First National Bank of Omaha Credit card referenced on the Complaint, I was dealing with separation from my long term partner of 12 years; and as result many belongings acquire during our lifetime together went to my partner during such separation, including but not limited to financials and household items. My income was severely affected but I expected to recover in a short amount of time. However I was faced with not only expenses accrued during our separation but also other hardships.

I intended to pay all of my debt. Unfortunately I was unable to make any payments to any debt that I had at the moment. I thought that my situation would improve, yet I saw my debt accrue further and further. I then decided to file bankruptcy. I am unable to enter into any settlement agreements or arrangements with any creditors as my income is only allowing me to pay my living costs at this time.

I humbly beg this Court to finalize my bankruptcy and allow me to move forward.

DATED this _31_ day of October, 2016.

BY: _____
Gabriel Martinez/ Pro Se
786-586-1208

## CERTIFICATE OF MAILING

I hereby certify that on the __31__ day of October, 2016, I served a true and correct copy of the Defendant's' objection and response to Plaintiff's complaint seeking exception to discharge of debt and pretrial/trial in Bankruptcy Court via telefax and United States mail, postage fully prepaid, to all parties on the attached Service List, as indicated thereon.

_____
Gabriel Martinez, Pro Se

Service List

First National Bank of Omaha
c/o Eric S. Haug, Esq.
401 E. Virginia St.
Tallahassee, FL 32301
850-583-1480

Eric S. Haug, Esq.
401 E. Virginia St.
Tallahassee, FL 32301
850-583-1480
Fax: 855-825-4449
e-mail: eric@erichaug.com