UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI
www.flsb.uscourts.gov

IN RE: GABRIEL MARTINEZ, Case No. 16-19485-AJC

Debtor. Chapter 7

_______________________________/

FIRST NATIONAL BANK OF OMAHA,

Plaintiff,

v.

GABRIEL MARTINEZ, A.P. No. 16-01540-AJC

Defendant. Hon. Judge Cristol

_______________________________/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, First National Bank of Omaha, and Defendant, Gabriel Martinez, stipulate that this adversary proceeding is dismissed, with prejudice, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(A)(ii) made applicable by Fed.R.Bankr.P. 7041 and that each party shall be responsible for their own costs and attorney fees incurred in this proceeding.

Dated: February 7, 2017.

Eric S. Haug
Florida Bar No. 850713
Eric S. Haug Law & Consulting, P.A.
401 East Virginia Street
Tallahassee, Florida 32301
(850) 583-1480 (telephone)
(855) 825-4449 (facsimile)
Primary E-mail: eric@erichaug.com
Secondary E-mail: ehaug2@gmail.com

Counsel for Plaintiff
FIRST NATIONAL BANK OF OMAHA

Gabriel Martinez
6995 NW 186th Street #E206
Miami Gardens, Florida 33015
(786) 586-1208